# UNITED STATES DISTRICT COURT
for the
District of Maryland

USDC- BALTIMORE
'25 OCT 6 PM 1:53

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 1:25-mj-02292
)
A DNA SAMPLE COLLECTION FROM ALONZO COX )
)
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**See Attachment A**

located in the _____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951 | Hobbs Act Robbery |
| 18 U.S.C. 2119 | Carjacking |
| 18 U.S.C. 924(c) / 922(g) | Use of Firearm During Crime of Violence / Felon in Possession |

The application is based on these facts:
**See affidavit.**

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

ANTHONY PETRELLA  Digitally signed by ANTHONY PETRELLA
Date: 2025.09.05 12:17:29 -04'00'

*Applicant's signature*

SA Anthony Petrella, ATF
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: September 5, 2025

*Judge's signature*

City and state: Baltimore, Maryland          Erin Aslan, U.S. Magistrate Judge
*Printed name and title*