

## ATTACHMENT A

### Photograph of the Person to be Searched

Alonzo Dewayne COX Jr.
YOB: 2000
Currently residing at: MD Reception Diagnostic and Classification Center, 550 E. Madison Street, Baltimore, MD 21202
Last four digits of FBI No.: T06P

