

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF AN AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT AUTHORIZING A DNA SAMPLE COLLECTION FROM ALONZO COX | Case No. 1:25-mj-02292 |

### AFFIDAVIT IN SUPPORT OF APPLICATIONS FOR A SEARCH WARRANT

I, Special Agent ("SA") Anthony Petrella with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, depose and state as follows:

### INTRODUCTION

1. The ATF, Baltimore Police Department ("BPD"), and Baltimore County Police Department ("BCPD") have been investigating Alonzo COX and a series of Armed Carjackings and Commercial Armed Robberies that have occurred in Baltimore and Windsor Mill, MD in violation of 18 U.S.C. § 2119 (carjacking), 18 U.S.C. § 1951 (Hobbs Act), 18 U.S.C. § 924(c)(1)(A)(ii) (carrying and use of a firearm during in and relation to a crime of violence), and 18 U.S.C. § 922(g)(1) (possession of a firearm and ammunition by a prohibited person) (collectively the "**SUBJECT OFFENSES**").

2. Pursuant to Federal Rule of Criminal Procedure, I submit this affidavit in support of an application for a search warrant pursuant to Federal Rule of Criminal Procedure 41 to obtain samples of DNA for comparison purposes in the form of saliva from COX, a man born in 2000, assigned an FBI number ending in T06P, and as depicted in Attachment A. COX is incarcerated at the Maryland Reception Diagnostic and Classification Center at 550 East Madison Street, Baltimore, Maryland. The warrant would authorize members of the ATF, or their authorized

1

representatives, to obtain DNA contained within saliva samples from COX, as described in Attachment B.

3. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe that on June 7, 2025 and June 19, 2025, COX committed the **SUBJECT OFFENSES**. The carjacked vehicle from June 7, 2025, was recovered by BPD, swabbed for DNA, and the swabs were retained. Therefore, I respectfully request that this court find probable cause that evidence of the aforementioned criminal violations are contained in the form of DNA in saliva in the possession of COX.

4. The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined by 18 U.S.C. §2711. Specifically, the court is a district court of the United States that has jurisdiction over the offenses being investigated.

5. This affidavit is being submitted for the limited purpose of securing the requested warrant. I have not included details of every aspect of this investigation to date. Rather, I have set forth only those facts that I believe are necessary to establish probable cause supporting the warrant. I have not, however, intentionally omitted information that would tend to defeat a determination of probable cause.

## AFFIANT BACKGROUND

6. I am an investigative or law enforcement officer of the United States within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C)—that is, a government agent who is

engaged in enforcing criminal laws and is within a category of officers authorized to request a warrant.

7. I have been a Special Agent ("SA") with the ATF since 2020, and I am currently assigned to the ATF Baltimore Field Division, Group III. I attended the Department of Homeland Security's Criminal Investigator Training Program and ATF's Special Agent Basic Training. I served as a police officer with the Supreme Court of the United States Police Department in Washington, D.C. for approximately six years prior to working for ATF.

8. I have conducted and participated in numerous investigations concerning the illegal possession and trafficking of firearms and controlled substances, and the commission of violent crimes by organized gangs. I received specialized training and personally participated in various types of investigative activities, including but not limited to: (a) physical surveillance; (b) the debriefing of defendants, witnesses, informants, and other individuals who have knowledge of firearms and controlled substance laws; (c) code words and phrases used by criminals when referencing firearms and narcotics; (c) undercover operations; (d) the execution of search warrants; (e) the consensual monitoring and recording of conversations; (f) electronic surveillance through the use of pen registers and trap and trace devices; (g) the handling and maintenance of evidence; and (h) Title III investigations.

9. I know based on my training and experience that Deoxyribonucleic Acid ("DNA") can be found on items such as clothing, firearms, and vehicles and can be compared to a sample of DNA from a known person. This comparison can help identify or eliminate suspects. I know

that Forensics Biology labs will not test evidence for the presence of DNA (or do any subsequent comparison) without a standard to which it can be compared.

## PROBABLE CAUSE

### A. Armed Carjacking of a Caton Pizza and Sub Food Delivery Driver

10. On June 7, 2025, at approximately 1:38 a.m., BPD officers were dispatched to the 100 block of Diener Place, Baltimore, MD 21229 in reference to a robbery. Officers met with victim, M.K., a food delivery driver for Caton's Pizza and Sub. M.K. told officers that they were driving to 100 Diener Place to deliver a food order which was placed using telephone number 225-493-6355. Shortly after arriving in the area, an unknown male approached his vehicle from behind, brandished a rifle style firearm, and ordered him out of the vehicle. The unknown male, described as a black male, approximately 20-24 years of age, about 5'6" in height, skinny build, wearing a face covering, black t-shirt, black jeans, and wearing a backpack struck M.K with the firearm, entered M.K.'s black 2017 Ford Fiesta bearing MD registration 1GP6555 (hereinafter referred to as "1GP6555") and fled the area with the vehicle and a $27.83 food order. A 2017 Ford Fiesta is a hatchback sedan.

### B. Attempted Armed Robbery, Commercial Armed Robbery of a BP Gas Station Convenience Store

11. On June 7, 2025, at approximately 3:59 a.m., BCPD officers were dispatched to 2707 Rolling Road, Windsor Mill, MD 21244 in reference to an attempted armed robbery and met with victim H.W. H.W. told officers that she was asleep in her vehicle when she awoke and observed an unknown male standing next to her vehicle pointing a long rifle style firearm at her. The unknown male demanded money, but H.W. could not provide any. The unknown male

4

described as a black male, mid 20's, about 5'7" in height, thin build, wearing a red hoodie, black ski mask, and dark colored jeans then fled the area on foot running behind a nearby building. H.W. then observed a dark-colored sedan leaving the area and driving towards Rolling Road.

12. About 10 minutes later, at approximately 4:08 a.m., BCPD officers were dispatched to a BP Gas Station located at 2202 N. Rolling Road, Windsor Mill, MD 21244 in reference to a business robbery. Officers met with victim N.A. who told them that a black male described as approximately 5'8" in height, 120-140lbs, wearing a red hoodie, black pants, and a ski mask entered the store with a rifle style firearm and demanded money. N.A. put about $400 in cash in a plastic bag and handed it to the unknown male. The male attempted to gain access to other rooms inside the convenience store but encountered locked doors. The male then pointed the firearm at a television screen hanging from the ceiling, fired three rounds, and exited the store.

13. Officers reviewed the surveillance footage from the convenience store and observed a black hatchback style vehicle, similar to 1GP6555, enter the gas station parking lot shortly before the robbery occurred. Officers further observed the unknown male exit from the vehicle, enter the store with the firearm wearing a red hooded sweatshirt with the word "THRASHER" in white lettering, and return to the vehicle ultimately leaving the area traveling along Rolling Road.

14. BCPD detectives continued their investigation and discovered that the phone number 255-493-6355 used to place the food order with Caton's Pizza and Sub was serviced by

Ooma[1] using a voice over internet protocol (VoIP)[2]. Detectives learned through Ooma that the phone number was associated with the email address of "mhygg18@gmail.com." Detectives conducted a query of the email address through Cash App[3] and discovered a connected account (captured in the screenshot below) with an associated Cash Tag of "$F4lifeNafter" and username "DFAW CBL."



15. Detectives learned through a search warrant[4] to Cash App that the Cash Tag "$F4lifeNafter" was subscribed to Alonzo COX with date of birth of May 18, 2000, with an associated phone number of 443-580-6295. Detectives queried the MD Motor Vehicle Administration (MVA) and located a corresponding MVA profile for COX matching the name

---

[1] Ooma, Inc is an American telecommunications company that offers communications services including Voice over IP calling for business, home, and mobile users.
[2] VoIP is a technology that allows a user to make phone calls over the internet instead of using a traditional phone line.
[3] Cash App is a mobile wallet service that allows subscribed users to send and receive money electronically.
[4] Search warrant to Cash App authorized on June 9, 2025, by the Honorable Garret P. Glennon Jr., Associate Judge for the Baltimore County Circuit Court.

and date of birth. Detectives compared the MVA picture to the Cash App profile picture above and discovered a possible match.

### C. Recovery of 1GP6555 by BPD And Collection of DNA Swabs

16. On June 9, 2025, at approximately 8:52 p.m., a BPD officer was parked at the intersection of 5th Street and East Patapsco Avenue in Baltimore, MD 21225 when they observed a two-car accident. Officers responded to the accident and discovered that 1GP6555 and a red Ford Explorer (MD: 6GP5165) collided with one another. While speaking with the driver of 1GP6555, the male identified himself as "Lonzo Cox." As the officer turned their attention to the driver of the Ford Explorer and before they discovered 1GP6555 was stolen, COX fled the accident scene on foot and was not apprehended.

17. On June 10, 2025, detectives executed an authorized state search and seizure warrant for 1GP6555.[5] BPD crime lab technicians processed the vehicle and collected DNA swabs. A black pizza delivery bag, a receipt, and four airbags were also seized.

### D. Armed Carjacking of a Honda Civic and Arrest of Alonzo COX

18. On June 19, 2025, at approximately 5:17 a.m., BPD officers were dispatched to 208 Washburn Avenue, Baltimore, MD 21225 in reference to an armed carjacking and met with victims F.B. and L.D. The victims told officers that they were sitting in their 2013 Honda Civic bearing MD registration 7BV6101 (hereinafter referred to as "7BV6101") when an unknown male armed with a rifle style firearm approached the vehicle, tapped on the passenger side window, and ordered them out of the vehicle. The victims exited the vehicle, and the unknown male described

---

[5] Search warrant for 1GP6555 authorized on June 10, 2025, by the Honorable Judge Robert E. Cahill, Associate Judge for the Baltimore County Circuit Court.

as a black male wearing a black facemask, green shirt, and black pants fled the area with the vehicle.

19. On the same day, at approximately 10:51 a.m., BPD officers located 7BV6101 in the 3400 block of S. Hanover Street, Baltimore, MD 21225. Officers attempted to conduct a traffic stop, but the vehicle immediately fled. Officers continued to follow 7BV6101 until it crashed in the 2400 block of S. Hanover Street. Officers approached the crashed vehicle and were able to apprehend COX, who was the sole occupant of the vehicle. Officers conducted a search of COX and located an Apple iPhone in his front left pants pocket. Officers also conducted a search incident to arrest of a red backpack that COX was wearing and recovered a loaded Del-Ton Inc., model DTI-15, 5.56 caliber AR-style pistol bearing serial number DTI-S149870. Officers also located a green hooded sweatshirt in the bag.

20. Detectives reviewed the surveillance footage from the BP Convenience Store, the body worn camera footage from officers involved with the June 9 recovery of 1GP6555, and the June 19 recovery of 7BV6101. Detectives noticed that COX appeared to be wearing the same-colored shoes (white sneakers with a rear red trim) when he was arrested on June 19 and on the June 9 during the recovery of 1GP6555. These also appear to be the same shoes the suspect who robbed the BP convenience store was wearing on June 7, 2025.

21. Detectives further queried COX in BCPD police databases and discovered another incident involving COX on February 2, 2025. On this day at approximately 7:00 a.m., BCPD officers were dispatched to 4702 Creekside Circle, Owings Mills, MD 21117 in reference to a fight in progress involving a knife. Officers encountered COX and another resident. Officers learned that COX was temporarily staying at the address until he found a new residence. Through review

of body worn camera footage from the responding officers, BCPD detectives observed COX wearing a red hooded sweatshirt with the word "THRASHER" in white lettering. This sweatshirt appears to be the same sweatshirt worn by the masked suspect during the armed robbery of the BP gas station convenience store on June 7, 2025.

22. According to the Maryland MVA, COX is approximately 5'6" and 160 pounds, which is similar to the build of the suspect in the carjacking and BP robbery on June 7, 2025.

23. I reviewed COX's criminal record. On May 15, 2023, he was convicted of CDS: Possession with the intent to distribute narcotics. COX was sentenced to ten years of incarceration, suspend all but two years and placed on three years of supervised probation.[6] Therefore, COX is prohibited from possessing firearms and ammunition pursuant to 18 U.S.C. § 922(g)(1) and should have known his status at the time he possessed the firearm on June 19, 2025.

24. The BPD Firearms Lab test-fired the firearm and determined that it could expel a projectile by the action of an explosive, and therefore, qualifies as a firearm under 18 U.S.C. § 921(a)(3). The firearm was not manufactured in Maryland and, therefore, affected interstate commerce prior to its recovery in Maryland on June 19, 2025.

## DNA AUTHORIZATION REQUEST

25. Based on my training and experience, I believe that COX's DNA may be found inside 1GP6555. A known sample of his DNA is required in order to test and compare any and all DNA recovered. Accordingly, I am requesting authorization for a warrant to obtain samples of

---

[6] Case No. C-03-CR-22-005434 in the Circuit Court for Baltimore County.

DNA for comparison purposes in the form of saliva from COX to compare to the swabs taken from the vehicle that I believe COX carjacked in violation of 18 U.S.C. § 2119.

26. Further, I respectfully request that the Court issue a warrant authorizing members of the ATF, or their authorized representatives, including but not limited to other law enforcement agents, to obtain DNA samples from COX so that the DNA sample may be compared to the swabs taken from evidence recovered in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

ANTHONY PETRELLA
Digitally signed by ANTHONY PETRELLA
Date: 2025.09.05 12:16:48 -04'00'

Special Agent Anthony Petrella
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September  5 , 2025.

The Honorable Erin Aslan
United States Magistrate Judge